```
                                                      CLERK'S OFFICE U.S. DIST. COURT
                                                            AT ROANOKE, VA
                                                                 FILED
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF VIRGINIA          FEB 1 4 2006
                    ROANOKE DIVISION
                                                         JOHN F. CORCORAN, CLERK
                                                      BY:
                                                              DEPUTY CLERK
```

| | |
|---|---|
| JEFFREY A. BEVANS,           ) | |
|    Plaintiff,              ) | Civil Action No. 7:06cv00098 |
|                             ) | |
| v.                            ) | **FINAL ORDER** |
|                             ) | |
| NORTHWEST REGIONAL ADULT    ) | |
| DETENTION CENTER,            ) | |
|    Defendants.              ) | By: Jackson L. Kiser |
|                             ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and all other pending motions are hereby **DENIED** as **MOOT**. This case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 14th day of February, 2006.

                                                      /s/ Jackson L. Kiser
                                                      Senior United States District Judge