CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 1 4 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEFFREY A. BEVANS,<br>    Plaintiff, | )<br>)  Civil Action No. 7:06cv00098<br>) |
| v. | )  **FINAL ORDER**<br>) |
| NORTHWEST REGIONAL ADULT<br>DETENTION CENTER,<br>    Defendants. | )<br>)<br>)  By: Jackson L. Kiser<br>)  Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and all other pending motions are hereby **DENIED** as **MOOT**. This case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 14th day of February, 2006.

                                                    /s/ Jackson L. Kiser
                                                  Senior United States District Judge